```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION

DARYL SHEPARD, et al.          §
                               §
VS.                            §   CIVIL ACTION NO. 4:14-CV-986-Y
                               §
SER TEXAS LLC                  §
```

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS, SETTING DEADLINE FOR PAYMENT OF FILING FEE, AND DENYING MOTION FOR EXTENSION AS MOOT

On December 10, 2014, the United States magistrate judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiffs' motion to proceed in forma pauperis be denied. The magistrate judge gave the parties until December 31 to file written objections to his decision. As of the date of this order, no objections have been filed. Plaintiffs have instead filed a motion for an extension of time to pay the fee (doc. 7), believing in error that the fee was due by December 31. Given the deadline set out by this Court below, that motion is DENIED as MOOT.

The decision of the magistrate judge is hereby ADOPTED as the decision of this Court. As a result, Plaintiffs' Motion for Leave to Proceed In Forma Pauperis (doc. 2) is DENIED. If Plaintiffs desire to pursue their claims in this cause, they shall pay the full filing fee to the clerk of this Court no later than **January 14**, or their claims will be dismissed without prejudice to their refiling.

Further, in accordance with this Court's Notice and Instruction to Pro Se Party, Plaintiffs were required to register as electronic-case filers (ECF) within 14 days pursuant to Local Civil Rule 5.1(e). Plaintiffs' deadline was December 23. Plaintiffs have yet to register; therefore, the deadline to register for ECF is hereby

EXTENDED to no later than **January 21**, or they must manually file a motion for ECF exemption by that date. Such motion must comply with Federal Rule of Civil Procedure 5(d).

    SIGNED January 7, 2015.

                                          TERRY R. MEANS
                                          UNITED STATES DISTRICT JUDGE

TRM/lj                            2