IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DARYL SHEPARD, et al.          §
                               §
VS.                            §   CIVIL ACTION NO. 4:14-CV-986-Y
                               §
SER TEXAS LLC                  §

<u>FINAL JUDGMENT</u>

On January 29, 2015, this Court entered a show cause order directing Plaintiffs to register as electronic-case filers as required under Local Civil Rule 5.1(e) or file a motion for an exemption. The Court gave Plaintiffs until February 6 to comply and warned that failure to comply would result in dismissal of the case. To date, Plaintiffs have failed to comply with the Court's show cause order. Accordingly, this cause is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED February 10, 2015.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE